

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

July 24, 2019

Robert Lee Crider, Jr.
#02230764
Garza West
4250 Highway 202
Beeville, TX 78102

RE:    Court of Appeals Number:    04-18-00856-CR
        Trial Court Case Number:    B1873
        Style:  Robert Lee Crider Jr.
             v.
             The State of Texas

The court is in receipt of your letter, filed in this court on July 17, 2019. In response to your inquiry, please find enclosed the court's order on your pro se "Motion to Set Aside Void Judgment."

Very truly yours,
KEITH E. HOTTLE, CLERK

Krystal Perez
Deputy Clerk III
Fourth Court of Appeals
210-335-3854

cc: M. Patrick Maguire (DELIVERED VIA E-MAIL)